7854

SIMMONS v. MASON.

APPEAL—NEW TRIAL.—An order of the Circuit Court affirming an order
of the magistrate court granting a new trial on after discovered evi-
dence is not appealable. This rule is applied even though the
affidavits do not show the evidence was not known and available to
the movant at the trial. Can this question be made on an appeal
from final judgment?

Before MEMMINGER, J., Hampton, October, 1910.
Affirmed.

Action by L. J. Simmons against J. G. Mason and R. L.
Mason in court of A. L. Youmans, magistrate. From order
granting new trial, plaintiff appeals.

*Mr. J. W. Vincent,* for appellant, cites: *The kind of evi-
dence necessary to warrant a new trial on after-discovered
evidence:* 1 Bay 264; 10 S. C. 313; 15 S. C. 547; 16 S. C.
123; 54 S. E. 661; 69 S. E. 97.

*Mr. C. B. Searson,* contra.

April 8, 1911. The opinion of the Court was deliv-
ered by

MR. JUSTICE WOODS. In this action in a magistrate's
court to recover on an alleged contract for the rent of tur-
pentine trees, the plaintiff recovered judgment. Thereafter
the defendants gave notice that they would move before the
magistrate for a new trial upon affidavits which were served
upon the magistrate and plaintiff's counsel. After con-
sideration of the motion, which was submitted without
argument, the magistrate ordered a new trial. On appeal
the order of the magistrate was affirmed by the Circuit
Court.

The plaintiff's counsel argued with great force that the affidavits do not show that the evidence relied on was newly discovered, or that due diligence was used in getting it before the magistrate. The Court has held, however, in a number of cases that an order of the Circuit Court granting a new trial is not appealable. *Lampley* v. *Atlantic C. L. R. R. Co.,* 77 S. C. 319, 57 S. E. 1104; *Jones* v. *Woodside Cotton Mills,* 83 S. C. 565, 65 S. E. 819; *Pace* v. *Atlantic C. L. R. R. Co.,* 83 S. C. 33, 64 S. E. 915; *DesChamps* v. *Atlantic C. L. R. R. Co.,* 83 S. C. 192, 65 S. E. 176; *Barker* v. *Thomas,* 85 S. C. 83, 67 S. E. 1. The rule has been applied even where the new trial was granted on the construction of a written instrument—a purely legal question. *Dixon* v. *Seaboard A. L. Ry.,* 83 S. C. 392, 65 S. E. 351.

The case before us involves a somewhat extreme application of the rule, for there is nothing in the affidavits to show that the evidence was not known and available to the defendant at the trial. We express no opinion on the question whether the general rule above stated excludes exceptions to an order granting a new trial when an appeal is taken from the final judgment in the cause.

The judgment of this Court is that the judgment of the Circuit Court be affirmed.